**Tanasia MILLIGAN, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 305, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016

Decided: January 3, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1410010119

AFFIRMED.

**Ronald DAVIS, Petitioner Below–Appellant,**

v.

**DEPARTMENT OF CORRECTION, Respondent Below–Appellee.**

No. 276, 2016

Supreme Court of Delaware.

Submitted: November 4, 2016

Decided: January 3, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N16M–02–153

DISMISSED.